# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 2020                                      Telephone: (212) 317-1200  
New York, New York 10165                                    Facsimile: (212) 317-1620

jandrophy@faillacelaw.com

December 30, 2014

**<u>Sent Via ECF</u>**

Hon. Jack B. Weinstein  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

        Re:    Arce v. Engberg Design & Development Inc. et al.,  
                 <u>13-cv-03076 (JBW) (VVP)</u>

Dear Judge Weinstein:

       We represent Plaintiff Jose Arce in this action, and write to advise that we have reached a settlement agreement in principle with Defendants in this action. The attorneys for the parties are preparing the settlement papers, and expect to have an executed settlement agreement and to file a stipulation to dismiss the action in a couple weeks.

       Both parties respectfully request that the trial scheduled to commence January 26, 2015, and all deadlines for the submission of pretrial materials, be adjourned *sine die* in light of the settlement agreement reached in principle.

       We thank the Court for its attention to this matter.

                                                                Respectfully Submitted,

                                                                Joshua S. Androphy

cc: Jared Lefkowitz, Esq. (via ECF)