

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 13 2015 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------X
JOSE ARCE,

                        Plaintiffs,

    -against-

ENGBERG DESIGN & DEVELOPMENT
INC. (d/b/a Engberg Design & Development
and IAN ENGBERG,

                        Defendants.
-------------------------------------------------X

~~14-Civ-1941 (PTS)(SN)~~

13-CV-3076 (JBW)(VVP)

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through their undersigned counsel, that this action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with no award of counsel fees or costs to either side.

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _/s/_____
Joshua S. Androphy
60 East 42nd Street, Suite 2020
New York, New York 10165
Tel: 212.317.1200
*Attorneys for the Plaintiff*

By: _/s/_____
Jared M. Lefkowitz
250 Park Avenue, Suite 2020
New York, NY 10177
Tel: 212.682.1440
*Attorneys for the Defendants*

close the case
So ordered
/s/ JBW
2/23/15